

# NUMBER 13-21-00451-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CITY OF VICTORIA, TEXAS

### On Petition for Writ of Prohibition and Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

Relator City of Victoria, Texas filed an emergency petition for writ of prohibition and writ of mandamus in this cause. Through this original proceeding, relator seeks to compel the trial court to: (1) withdraw a void order setting a hearing on a motion for reconsideration; and (2) refrain from exercising jurisdiction over any motion or other matter in the underlying case. The Court requests that the real party in interest, Keith Redburn, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days

from the date of this order. *See* TEX. R. APP. P 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
21st day of December, 2021.

2